LAW OFFICES OF ERIK BABCOCK
ERIK BABCOCK (Cal. 172517)
717 Washington St., 2d Floor
Oakland CA 94607
Tel: (510) 452-8400
Fax: (510) 201-2084
erik@babcocklawoffice.com

Attorney for Defendant
JULIO LABRADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

~~OAKLAND DIVISION~~
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>JULIO LABRADO,<br><br>     Defendant. | Case No. 5:24-cr-00019-PCP<br><br>**[PROPOSED] STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE** |

     Mr. Labrado has a status conference set December 2, 2025. He has been having significant medical issues the last few months and the main purpose of the conference was to review his medical status. Since the last appearance, Mr. Labrado admitted himself to UCSF in an effort to diagnose and treat his medical issues. Further treatment efforts are underway. Given his ongoing efforts, the parties request that the status conference set for December 2, 2025 be vacated and reset on January 13, 2026.

     Pretrial Services does not oppose this request.

     **SO STIPULATED**.

DATED: December 1, 2025                               /S/
                                                             AMANI FLOYD
                                                             Assistant U.S. Attorney

///
///

DATED: December 1, 2025

/S/
ERIK BABCOCK
Attorney for Defendant

**~~PROPOSED~~ ORDER**

Good cause appearing, **IT IS SO ORDERED.** The status conference is continued to January 13, 2026.

DATED:  December 1, 2025

HON. VIRGINIA K. DeMARCHI
United States Magistrate Judge