**ORDER/COVER SHEET**

TO:  **Honorable Nathanael M. Cousins**  RE: **LABRADO, Julio**
    **Chief U.S. Magistrate Judge**

FROM: **Reanna Agah**      Docket No.: **5:24-cr-00019-PCP-17**
    **U.S. Pretrial Services Officer**

Date:  **7/1/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Reanna Agah          (510) 637-3758

U.S. Pretrial Services Officer      **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding  District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

- *Defendant must submit to location monitoring as directed by Pretrial Services.*
- *Defendant must remain at his residence at all times except for religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-approved obligations, or other activities approved in advance by Pretrial Services.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

_____  __July 1, 2026_____
**JUDICIAL OFFICER**       **DATE**