**PROPOSED ORDER/COVER SHEET**

**TO:** **The Honorable Nathanael M. Cousins**
**Chief U.S. Magistrate Judge**

**RE:** **LABRADO, Julio**

**FROM:** **Silvio Lugo, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **5:24-CR-00019-PCP-17**

**Date:** **8/25/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| Brad Wilson, Specialist | 415-837-3962 |
|---|---|
| United States Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

- [X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.
- [ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____________________ on ____________________ at ____________________.
- [ ] Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge ____________________ Presiding District Court Judge ____________________
- [ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:
- [ ] Modification(s)
- [ ] Bail Revoked/Bench Warrant Issued.
- [ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).
- [ ] Other Instructions:

________________________________________

________________________________________

________________________ August 25, 2026
**JUDICIAL OFFICER** **DATE**